UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME BROWN, | ) Case No. CV 10-1286-GAF(RC) |
| Petitioner, | ) |
| vs. | ) |
| | ) JUDGMENT |
| RANDY GROUNDS, | ) |
| Respondent. | ) |

Pursuant to the Opinion and Order on a Petition for Habeas Corpus,

IT IS ADJUDGED that the petition for writ of habeas corpus is SUMMARILY DISMISSED for lack of subject matter jurisdiction or, alternatively, as untimely.

DATED: March 11, 2010

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE

R&R-MDO\10-1286.jud
3/10/10